**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                  Case No: 8:14-cv-225-T-30TGW

CHRISTINE A HEINEN,

     Defendant.

_____

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Motion to Dismiss or in the Alternative for a More Definite Statement (Dkt. #9) and Plaintiff's Response in Opposition to the Motion (Dkt. #10). Plaintiff the United States of America sues the Defendant Christine A. Heinen for unpaid student loans guaranteed by the federal government. Plaintiff alleges that Heinen failed to pay the debt, provides detailed calculations as to the principal and interest currently due under the loan, and provides a *per diem* rate for the interest. In addition, Plaintiff attached a Certificate of Indebtedness from the U.S. Department of Education which provides the loan figures, the type of loan provided and its purpose, when the default occurred, and identifies the original guarantor of the loan. Therefore the complaint complies with Rule 8 of the Federal Rules of Civil Procedure. The Court concludes that Defendant's Motion is meritless.

It is therefore ORDERED AND ADJUDGED that:

1.     Defendant's Motion to Dismiss (Dkt. #9) is DENIED.

2.      Defendant shall file a response to Plaintiff's complaint on or before March 14, 2014.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of February, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2014\14-cv-225 mtd 9.docx