**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No: 8:14-cv-225-T-30TGW

CHRISTINE A HEINEN,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation for Settlement (Dkt. #16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Settlement (Dkt. #16) is APPROVED.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case subject to it being re-opened upon request by a party under the terms of the Stipulation for Settlement.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of April, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record